**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2007**

---

SHELTINA BUNCH; WILLIAM BUNCH,

Plaintiffs - Appellants,

versus

KEVIN BRAY; JAMES HENNING; CITY OF ELIZABETH
CITY, NORTH CAROLINA; HERMAN L. BUNCH,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Malcolm J. Howard, District Judge.  (CA-95-30-2-H)

---

Submitted:  October 29, 1996          Decided:  November 7, 1996

---

Before MURNAGHAN, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sheltina Bunch, William Bunch, Appellants Pro Se.  Donald Carpenter Prentiss, John David Leidy, HORHNTAL, RILEY, ELLIS & MALAND, Elizabeth City, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order granting Defendants' motion for summary judgment in their civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bunch v. Bray</u>, No. CA-95-30-2-H (E.D.N.C. June 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>